Brenda K. Martin, Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

## MINUTE ENTRY ORDER

### *Hearing Information:*

| | |
|---|---|
| Bankruptcy Judge: | The Honorable Brenda K. Martin |
| Case Number: | 2:09-bk-12121-BKM |
| | 2:17-bk-09863-BKM |
| Debtor(s): | DAVID CAMPBELL |
| | DAVID LEONARD CAMPBELL |
| Chapter: | 7 |
| Date and Time: | 04/22/2025 2:30 PM |
| Location(s): | TEL |
| Courtroom Clerk: | Jennifer Lowry |
| Electronic Court Recording Operator: | Leticia Romero |

### *Matter(s):*

CONTINUED HEARING ON MOTION FOR AN ORDER TO STAY UNDERLYING TORT CLAIM

### *Appearances:*

ANTHONY PUSATERI, ATTORNEY FOR BIG BROTHERS BIG SISTERS OF CENTRAL ARIZONA
JOHN O'NEAL, ATTORNEY FOR BIG BROTHERS BIG SISTERS OF CENTRAL ARIZONA
MAUREEN GAUGHAN, INTERIM TRUSTEE
DAWN MAGUIRE, ATTORNEY FOR TRUSTEE MAUREEN GAUGHAN
ROBERT PASTOR, SPECIAL COUNSEL FOR TRUSTEE GAUGHAN
MICHAEL DAOUDI, SPECIAL COUNSEL FOR TRUSTEE GAUGHAN

### *Proceedings:*

Ms. Maguire indicates that Mr. Campbell is not present as he has agreed to comply with his duties and has agreed that the Trustee will become the real party in interest in the State Court litigation. She states that Mr. Campbell signed the notice and the stipulated order. He had meetings with the Trustee and Mr. Pastor about his rights and his rights are as a debtor under 521 and those rights were explained to him. The Trustee's duties were also explained to him under 704 and that the Trustee is the real party in interest, and he has agreed to that and understands that. She presents the Trustee's position and discusses the defendants' objection. She argues that there is no secret agreement between the Trustee and the debtor and states that the Trustee is furious with the accusations that were put into a pleading against her.

Mr. O'Neal discusses the stipulated order and expresses his client's concerns. He informs the Court that Ms. Pusateri did not accuse the Trustee of having a secret agreement. Mr. Pusateri contacted Trustee's counsel to let them know that a limited objection was going to be filed. He states that he needs to understand from Mr. Campbell's perspective whether or not he thinks that there is something else that he needs to do or that he thinks he is getting something in exchange. He requests a continued hearing, at which Mr. Campbell would appear, or at a minimum file a declaration.

COURT: THE COURT IS SATISFIED THAT THERE IS NO SECRET AGREEMENT AND NO

SETTLEMENT WAS REACHED. HOWEVER, IT IS FAIR FOR THE PARTIES TO GET CLARITY ON THE RECORD REGARDING MR. CAMPBELL AND HIS STATING THAT HEIS ASSERTING HE HAS NO RIGHTS IN THIS LAWSUIT, EXCEPT FOR TO THE EXTENT THAT HE MIGHT GET SOMETHING OUT OF THE BANKRUPTCY AT A LATER DATE, AND THAT HEUNDERSTANDS THAT THE CLAIMS BELONG ONLY TO THE BANKRUPTCY ESTATE AND THAT HE IS CONCEDING THAT FOR ALL TIME.

IT IS ORDERED SETTING A CONTINUED HEARING VIA ZOOM AND IN PERSON ON WEDNESDAY MAY 14, 2025, AT 1:30 PM.MR. CAMPBELL IS ORDERED TO APPEAR AND BE QUESTIONED AND/OR TESTIFY ON THE RECORD CONFIRMING HIS UNDERSTANDING THAT PER HIS AGREEMENT WITH THE TRUSTEE, HE AGREES HE HOLDS NO CLAIMS AGAINST THE DEFENDANTS AND THAT ALL SUCH CLAIMS SET FORTH IN THE STATE COURT COMPLAINT BELONG SOLELY TO THE BANKRUPTY ESTATE. HOWEVER, IT IS THE COURT'S PREFERENCE THAT MR. ONEAL AND MR. PUSATERIPREPARE A DECLARATION FOR MR. CAMPBELL TO SIGN THAT IS ACCEPTABLE TO ALL PARTIES THAT RESOLVES THE ISSUE.

https://www.zoomgov.com/j/16026824273?
pwd=cklBTDRRZFRjcnZBaU4xZWhWZDZlZz09&omn=1608771902

**Meeting ID: 160 2682 4273**
**Passcode: 427399**