United States Bankruptcy Court

District of Arizona

In re:                                                          Case No. 17-09863-BKM

DAVID LEONARD CAMPBELL                                          Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0970-2                    User: admin                    Page 1 of 1

Date Rcvd: Jul 01, 2026                 Form ID: reopenae              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2026:**

**Recip ID              Recipient Name and Address**
db              +  DAVID LEONARD CAMPBELL, 5611 N 19TH ST, PHOENIX, AZ 85016-3006

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2026                      Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2026 at the address(es) listed below:**

**Name                    Email Address**

ANTHONY F. PUSATERI
                        on behalf of Interested Party Big Brothers Big Sisters of Central Arizona Anthony.Pusateri@quarles.com
                        sybil.aytch@quarles.com,dawn.mccombs@quarles.com

MAUREEN GAUGHAN
                        maureen@mgaughan.com  mgaughan@ecf.axosfs.com

PHILIP L RUBIN
                        on behalf of Creditor CARMAX AUTO FINANCE prubin@lrglaw.com

U.S. TRUSTEE
                        USTPRegion14.PX.ECF@USDOJ.GOV

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:

Case No.: 2:17−bk−09863−BKM

DAVID LEONARD CAMPBELL
5611 N 19TH ST
PHOENIX, AZ 85016
SSAN: xxx−xx−3415
EIN:

Chapter: 7

Debtor(s)

## ORDER REOPENING CASE

IT APPEARING that the above captioned case was closed due to an administrative error,

IT IS ORDERED that the above captioned case be re−opened for further administration and that the trustee serving when the case was closed be re−appointed.

Date: July 1, 2026

BY THE COURT

Address of the Bankruptcy Clerk's Office:
U.S. Bankruptcy Court, Arizona
230 North First Avenue, Suite 101
Phoenix, AZ 85003−1727
Telephone number:  (602) 682−4000
www.azb.uscourts.gov

**Honorable Brenda K. Martin**
United States Bankruptcy Judge